UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Emily Kerton</u>

    v.                                        Case No. 19-cv-1079-SM

<u>Nancy A. Berryhill, Acting
Commissioner of Social Security</u>

### REPORT AND RECOMMENDATION

Pro se plaintiff Emily Kerton, appearing in forma pauperis, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), seeking judicial review of the Acting Commissioner's denial of her claim for supplemental security income.  The matter is before the court for preliminary review.  See 28 U.S.C. § 1915(e)(2); LR 4.3(d)(2).  For the following reasons, the court recommends that the action be dismissed for lack of subject matter jurisdiction.

As delineated in the court's order dated November 1, 2019 (Doc. No. 3), the complaint fails to satisfy the jurisdictional prerequisites because: (1) it indicates that the Commissioner's decision became final on June 11, 2019, which would render the action untimely because it was not filed within the 60-day appeal period, see 42 U.S.C. § 405(g); 20 C.F.R. § 422.210; and (2) a copy of a Social Security Administration Request for Hearing attached to the complaint suggests that Kerton may have

sought administrative review of a denial of benefits on September 26, 2019, in which case she may not have exhausted her administrative remedies, see Mathews v. Eldridge, 424 U.S. 319, 327 (1976). The court granted Kerton leave to file an amended complaint on or before December 16, 2019, in order to demonstrate that she has exhausted her administrative remedies and that this action is timely. See Doc. No. 3. Kerton did not amend her complaint within the given period and thus has failed to cure these jurisdictional defects. Accordingly, the court recommends that the complaint be dismissed for lack of subject matter jurisdiction.

Any objection to this Report and Recommendation must be filed within 14 days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The 14-day period may be extended upon motion. Failure to file a specific written objection to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

/s/ Andrea K. Johnstone
Andrea K. Johnstone
United States Magistrate Judge

December 17, 2019

cc: Emily Kerton, Pro Se